**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7213**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DOMINGO NOLBERTO PENA,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-98-132, CA-00-1693-AM)

---

Submitted: October 4, 2001          Decided: October 15, 2001

---

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Domingo Nolberto Pena, Appellant Pro Se. Morris Rudolph Parker, Jr., Assistant United States Attorney, James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Domingo Nolberto Pena seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2255 (Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Pena, Nos. CR-98-132; CA-00-1693-AM (E.D. Va. May 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED